NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

August 30, 2022

**ERRATA**

---

Appeal No. 2021-2352

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG RESEARCH AMERICA, INC.,**
*Appellants*

**v.**

**DYNAMICS INC.,**
*Appellee*

---

Decided: August 2, 2022
Nonprecedential Opinion

---

Please make the following change:

Page 2, line 10: Replace "8,127,153" with "8,827,153."